**AKRON STANDARD MOLD CO. et al. v. COE, Com'r of Patents.**

**No. 7806.**

United States Court of Appeals for the District of Columbia.

Decided Jan. 12, 1942.

Mr. Albert R. Teare, of Cleveland, Ohio, for appellants.

Mr. Donald A. Gardiner, of Washington, D. C., also entered an appearance for appellants.

Mr. Edwin L. Reynolds, of Washington, D. C., with whom Mr. W. W. Cochran, Sol. U. S. Patent Office, of Washington, D. C., was on the brief, for appellee.

Before MILLER, EDGERTON and RUTLEDGE, Associate Justices.

PER CURIAM.

In our opinion, appellant has failed, on this appeal, to demonstrate that the findings of the District Court are wrong,[1] or to overcome the presumption of correctness which follows the decision of the Patent Office.[2]

Affirmed.

---

[1] Abbott v. Coe, 71 App.D.C. 195, 197, 109 F.2d 449, 451.

[2] Standard Cap & Seal Corp. v. Coe, — App.D.C. —, 124 F.2d 278, 282.